**158**

F.2d 166 (8th Cir.), cert. denied, 370 U. S. 928, 82 S.Ct. 1569, 8 L.Ed.2d 507 (1962); United States v. Parrino, 203 F.2d 284 (2nd Cir. 1953).

And more important than any automatic bar which may arise from a guilty plea, we believe that the petitioner's actions relative to entering his plea of guilty indicate an actual, knowing waiver of his claim of an unconstitutional denial of a speedy trial. United States v. Doyle, supra. There is nothing in the record to indicate that the guilty plea was unknowing or involuntary. See, e. g., Luckman v. Burke, 299 F.Supp. 488 (E.D.Wis.1969). Cf., Pennsylvania ex rel. Herman v. Claudy, 350 U.S. 116, 76 S.Ct. 223, 100 L.Ed. 126 (1956); Chambers v. Florida, 309 U.S. 227, 60 S.Ct. 472, 84 L.Ed. 716 (1940).

The decision of the District Court is affirmed.

Henry C. Chappell, Jr., Montgomery, Ala., for plaintiff-appellant.

Ira deMent, U. S. Atty., F. E. Leonard, Jr., Asst. U. S. Atty., Montgomery, Ala., for defendant-appellee.

Before BELL, AINSWORTH, and GODBOLD, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

---

**Nell THRASH, Plaintiff-Appellant,**

v.

**Robert H. FINCH, Secretary of Health, Education and Welfare, Defendant-Appellee.**

**No. 29913**

**Summary Calendar.*
**

United States Court of Appeals,
Fifth Circuit.

Dec. 29, 1970.

**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**KINGWOOD MINING COMPANY, Respondent.**

**No. 14554.**

United States Court of Appeals,
Fourth Circuit.

Argued Dec. 8, 1970.

Decided Dec. 14, 1970.

---

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, et al., 5 Cir. 1970, 431 F.2d 409.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F. 2d 966.